IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-69 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| RICARDO TOWNSEND, a.k.a. Freaky, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| | ) | T. 21 U.S.C. § 846 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT I
### (Conspiracy to Distribute Drugs)

From a date unknown to the Grand Jury, but beginning by on or during September 2005, and continuing to on or during January 2008, in and about Johnson County in the Southern District of Iowa, and elsewhere, the defendant, RICARDO TOWNSEND, a.k.a. Freaky, did knowingly and intentionally conspire with other persons to knowingly distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 846, and 841(b)(1)(A).

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/
Melisa Zaehringer
Special Assistant United States Attorney

1