IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-69 |
| | ) | |
| v. | ) | |
| | ) | ENHANCEMENT INFORMATION |
| RICARDO TOWNSEND, a.k.a. Freaky, | ) | AND NOTICE OF PRIOR |
| | ) | CONVICTION(S) |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Special Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and hereby notifies defendant, RICARDO TOWNSEND, a.k.a. Freaky, that he is subject to an increased penalty pursuant to Title 21, United States Code, Section 841 (b)(1)(A) because of one or more prior felony drug convictions, to wit:

    1. On or about June 28, 2004, defendant was sentenced after being found guilty of a drug felony in the Circuit Court of Cook County, Illinois, in case number 02CR2799001, Possession of a Controlled Substance with Intent to Deliver, in violation of Section(s) 720-570/401(D), Illinois Criminal Code, a Class 2 felony. The defendant was sentenced to the Illinois Department of Corrections for a term of imprisonment of three (3) years.

    2. On or about March 1, 1994, defendant was sentenced after being found guilty of a drug felony in the Circuit Court of Cook County, Illinois, in case number 92CR13570, Possession of a Controlled Substance with Intent to Deliver, in violation of Section(s) 56.5/1401(c)(2) and Delivery of a Controlled Substance, in violation of Section(s) 56.5/1401(d), Illinois Criminal Code. The defendant was sentenced initially to thirty (30) months probation on December 2, 1992. The defendant violated his probation and was sentenced to the Illinois Department of Corrections for a term of imprisonment of five (5) years.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney

By /s/ Melisa Zaehringer
Melisa Zaehringer
Special Assistant United States Attorney
131 E. 4th Street, Ste 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Melisa.Zaehringer@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on December 12, 2008, which will send notification to the following:

Matthew Leddin

/s/ Melisa Zaehringer
United States Attorney's Office
Southern District of Iowa