IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 3:08-cr-0069-JAJ |
| vs. | | |
| RICARDO TOWNSEND, | | **ORDER** |
| Defendant. | | |

This matter comes before the court pursuant to the defendant's January 29, 2013, pro se Motion for Documents [Dkt. No. 73]. The motion is denied.

There are no proceedings currently pending in this court. The court will not authorize the copying and production of records at public expense unless a proceeding is pending. The defendant's first petition pursuant to 28 U.S.C. §§ 2255 has been dismissed. That dismissal was affirmed on appeal.

Upon the foregoing,

**IT IS ORDERED**

That the defendant's January 29, 2013, Motion for Documents [Dkt. No. 73] is denied.

**DATED** this 4th of February, 2013.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA